BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

THOMAS R. GREEN (CABN 203480)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile: (510) 637-3724
    Thomas.Green@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 16-00230 JD |
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| ANTHONY SIMPSON, | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

Based on the reasons provided in the stipulation of the parties, the Court orders that the status conference presently set for March 22, 2017, be continued to **April 26, 2017**, and that time is excluded from Speedy Trial Act calculations from March 22, 2017 to **April 26, 2017**.  For the reasons stated in the parties' stipulation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), the Court finds that the ends of justice served by excluding the above period of time outweigh the best interest of the public and the defendant in speedy trial.

**IT IS SO ORDERED.**

DATED: 'Octej '42.'4239                         _____
                                                          HON. JAMES DONATO
                                                          United States District Judge