```
 1  BRIAN J. STRETCH (CABN 163973)
    United States Attorney
 2
    BARBARA J. VALLIERE (DCBN 439353)
 3  Chief, Criminal Division

 4  THOMAS R. GREEN (CABN 203480)
    Assistant United States Attorney
 5
         1301 Clay Street, Suite 340S
 6       Oakland, California 94612
         Telephone: (510) 637-3680
 7       Facsimile: (510) 637-3724
         Thomas.Green@usdoj.gov
 8
    Attorneys for United States of America
 9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CR 16-00230 JD |
|---|---|
| Plaintiff, | ) **NOTICE OF DISMISSAL OF CHARGES AS** |
|  | ) **TO DEFENDANT ANTHONY SIMPSON** |
| v. | ) |
| ANTHONY SIMPSON, | ) |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses all charges in the above indictment as to Anthony Simpson only, without prejudice.

DATED: May 23, 2017                               Respectfully submitted,

                                                  BRIAN J. STRETCH
                                                  United States Attorney


                                                  /s/ Barbara J. Valliere
                                                  BARBARA J. VALLIERE
                                                  Chief, Criminal Division

NOTICE OF DISMISSAL
CR 16-00230 JD

1  Leave is granted to the government to dismiss the charges in the above captioned indictment as
2  to Anthony Simpson only.
3  IT IS SO ORDERED.

   DATED: May 26, 2017

   _____
   HON. JAMES DONATO
   United States District Judge

NOTICE OF DISMISSAL
CR 16-00230 JD